## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ALLIANCE CAPITAL CORPORATION,**
        **Plaintiff,**

    v.                                                 Case No. 10C638

**DAVID GODWIN,**
        **Defendant.**

### ORDER

Because a corporation cannot appear pro se, see United States v. Hagerman, 545 F.3d 579, 581 (7th Cir.2008), I previously warned plaintiff that this case would be dismissed with prejudice in thirty days unless it procured counsel. It failed to do so. Therefore,

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated at Milwaukee, Wisconsin this 22nd day of August, 2011.

/s_____
LYNN ADELMAN
District Judge